IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50839, 97-50954
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

AUDEN BERNAL CABELLO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-97-CR-73-3
- - - - - - - - - -

September 17, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Auden Bernal Cabello appeals his conviction for possession with intent to distribute marijuana and the revocation of his supervised release based on his commission of that offense.  He argues that the evidence was insufficient because there was no evidence linking him with the marijuana in the white Chevrolet truck.  The record was not devoid of evidence of Cabello's knowledge and his actions in aiding and abetting the offense of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

possession with intent to distribute marijuana in conformity with

the lead-car-load-car modus operandi.  <u>United States v. Pierre</u>, 958 F.2d 1304, 1310 (5th Cir. 1992) (en banc); <u>United States v. Villareal</u>, 565 F.2d 932, 938 (5th Cir. 1978); <u>United States v. Jaramillo</u>, 42 F.3d 920, 923 (5th Cir. 1995).  The district court did not abuse its discretion in revoking Cabello's supervised release.  <u>United States v. McCormick</u>, 54 F.3d 214, 219 (5th Cir. 1995).

AFFIRMED.